# ACLU of Virginia

530 East Main Street, Suite 310  Richmond, Virginia 23219  (804) 644-8022

September 26, 2011

The Honorable Norman K. Moon
Senior United States District Judge
United States District Court
Western District of Virginia
255 W. Main Street
Charlottesville, VA 22902

    Re:    Clatterbuck v. City of Charlottesville, 3:11-cv-00043
              Notice of Supplemental Authority

Dear Judge Moon:

    I write to direct the Court's attention to the recent case of *Comite de Jornaleros de Redondo Beach v. City of Redondo Beach*, --- F.3d ----, 2011 WL 4336667 (9th Cir. Sept. 16, 2011), decided after the oral arguments on the Motion to Dismiss in this case.  Plaintiffs respectfully suggest that this case, which deals with an anti-solicitation ordinance, may be helpful to the Court as it considers its ruling on the Motion to Dismiss.

                            Sincerely,


                            Rebecca K. Glenberg
                            Attorney for Plaintiffs


cc:  Richard Hustis Milnor (by ECF)