IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ALBERT CLATTERBUCK, ET AL.,<br>         *Plaintiffs*,<br><br>v.<br><br>CITY OF CHARLOTTESVILLE,<br><br>         *Defendant*. | CIVIL ACTION NO. 3:11-CV-00043<br><br><br>ORDER<br><br><br><br>NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

  As explained in the accompanying memorandum opinion, Plaintiffs have failed to state a claim upon which relief can be granted.  Accordingly, Defendant's motion to dismiss (docket no. 10) is GRANTED, and this matter is STRICKEN from the court's active docket.

  It is so ORDERED.

  The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

  Entered this 18th day of January, 2012.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE