IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| ALBERT CLATTERBUCK, CHRISTOPHER MARTIN, EARL MCCRAW, JOHN JORDAN AND MICHAEL SLOAN, | : : : : : |
| Plaintiffs, | : Civil Action No. 3:11cv00043 : |
| vs. | : : |
| CITY OF CHARLOTTESVILLE, | : : |
| Defendant. | : : |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order granting Defendant's Motion to Dismiss entered in this action on the 18th day of January, 2012.

Respectfully submitted,

ALBERT CLATTERBUCK, CHRISTOPHER MARTIN, EARL MCCRAW, JOHN JORDAN AND MICHAEL SLOAN
By counsel

s/Jeffrey E. Fogel
Jeffrey E. Fogel, VSB #75643
Attorney at Law
913 E. Jefferson Street
Charlottesville, VA 22902
Tel 434-984-0300
Fax 434-220-4852
Email: jeff.fogel@gmail.com

Steven D. Rosenfield, VSB #16539
913 East Jefferson Street
Charlottesville, VA 22902
Tel 434-984-0300
Fax 434-220-4852

Rebecca K. Glenberg (VSB #44099)
Thomas O. Fitzpatrick (VSB #80364)
American Civil Liberties Union of
Virginia Foundation, Inc.
530 E. Main Street, Suite 310
Richmond, Virginia 23219
Tel   804- 644-8080
Fax  804- 649-2733                                                                February 1, 2012

## CERTIFICATE

I hereby certify that on February 1, 2012,  I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send information of such filing to the following:

Richard H. Milnor (VSB#14177)
Zunka, Milnor & Carter, Ltd
414 Park Street
Charlottesville, VA 22902

                                                                                    s/ Jeffrey E. Fogel