IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ALBERT CLATTERBUCK,
CHRISTOPHER MARTIN,
EARL MCCRAW,
JOHN JORDAN, AND
MICHAEL SLOAN,

                      *Plaintiffs*,

v.                                              Case No.: **3:11CV00043**

CITY OF CHARLOTTESVILLE,

                        *Defendant*.

## NOTICE OF CROSS-APPEAL

NOTICE is hereby given that Defendant City of Charlottesville, by counsel, hereby cross appeals to the United States Court of Appeals for the Fourth Circuit from the portion of the Order denying Defendant's Motion to Dismiss as to lack of standing entered in this action on the 18th day of January, 2012.

                                   Respectfully Submitted,
                                   CITY OF CHARLOTTESVILLE
                                        By Counsel

s/Richard H. Milnor
Richard H. Milnor, Esquire (VSB #14177)
Zunka, Milnor & Carter, Ltd.
414 Park Street
P O Box 1567
Charlottesville, VA 22902
Phone: 434-977-0191
Fax:    434-977-0198

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey E. Fogel, Esquire
Steven D. Rosenfield, Esquire
ACLU of Virginia
913 East Jefferson Street
Charlottesville VA 22902

Rebecca K. Glenberg, Esquire
Thomas O. Fitzpatrick, Esquire
ACLU of Virginia Foundation, Inc.
530 East Main Street Suite 310
Richmond VA 23219

s/Richard H. Milnor