IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ALBERT CLATTERBUCK, ET AL, | CIVIL NO. 3:11CV00043 |
| *Plaintiffs,* | |
| v. | ORDER |
| CITY OF CHARLOTTESVILLE, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

United States Magistrate Judge B. Waugh Crigler has entered a Report and Recommendation (the "Report") recommending that I grant Defendant's motion to dismiss the complaint of three Plaintiffs in this case as a sanction for their failure to prosecute.* Upon my review of the record, and no objection to the Report having been filed within 14 days of its service upon the parties, the Report (docket no. 54) is hereby ADOPTED; Defendant's motion (docket no. 47) is GRANTED; and the claims of Plaintiffs Earl McCraw, John Jordan, and Michael Sloan are DISMISSED with prejudice.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this order to all counsel of record and to Judge Crigler.

Entered this  12th  day of September, 2013.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

* Counsel for Plaintiffs filed a cross-motion to withdraw as counsel for Plaintiffs Earl McCraw, John Jordan, and Michael Sloan, citing Plaintiffs' failure to remain in communication, despite counsel's repeated requests and diligent efforts to maintain contact. Contemporaneously with the instant Report, Judge Crigler issued an order denying the motion to withdraw.