IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ALBERT CLATTERBUCK, CHRISTOPHER MARTIN, EARL MCCRAW, JOHN JORDAN AND MICHAEL SLOAN, | Civil Action No. 3:11cv00043 |
| Plaintiffs, | DECLARATION OF APRIL WIMBERLEY |
| vs. | |
| CITY OF CHARLOTTESVILLE, | |
| Defendant. | |

April Wimberley, declares, under penalty of perjury, as follows:

1. I am a member of the bar of the Commonwealth of Virginia and work part-time at the Law Offices of Jeffrey E. Fogel.

2. Attached hereto as Exhibit A is a photograph that accurately depicts some of the sandwich boards in front of stores on the Downtown Pedestrian Mall and within 50 feet of 4th Street, N.E. I have also observed a sandwich board in front of the Union First Market Bank soliciting customers for its credit card.

3. Attached hereto as Exhibit B is a photograph that accurately depicts the detailed and extensive directional signs adjacent to the vehicles crossover on 4th Street, N.E.

4. Attached hereto as Exhibit C is a photograph that accurately depicts the vendor tables in front of the Regal Cinema at the intersection of the Mall (West Main Street) and 2nd Street N.W.

5. I understand that the grey colored bricks on the mall delineate the position of vendor tables that have been licensed by the city. I measured the distance from the grey colored brick to

the intersection at 2nd Street N.W. at 17 feet 1 inch.

6.  I understand from the deposition testimony of Sgt. Dwayne Jones that the 50' buffer zone running west from 2nd Street ends at the second row of benches. As I observed, there were two vendor tables within that 50' buffer zone.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2013

April Wimberley